

Fields of Opportunities

# STATE OF IOWA

KIM REYNOLDS, GOVERNOR
ADAM GREGG, LT. GOVERNOR

DEPARTMENT OF CORRECTIONS
BETH A. SKINNER, PhD, DIRECTOR

IOWA STATE PENITENTIARY
CHRIS TRIPP, INTERIM WARDEN

August 18, 2021

Mr. Ken Pirc
IDOC Offender Services
2700 Coral Ridge Avenue
Coralville, IA 52241

**RE: Michael Dutcher 6037652**

Dear Ken:

ISP is requesting out-of-state placement for offender Michael Dutcher 6037652. He is a 29 year old black male serving sentences for the following:

*Woodbury County* - FECR088733 Count 1 - Proh. Acts-Mfg. Del. Consp or Poss-Marij LT 50 kg w/ a TDD 12-24-2038 - 5 yrs

FECR089010 Count 1 - Robbery 2nd - 85% w/ a TDD 3-19-2045 w/ Mandatory 1-23-2039 - 10 yrs

FECR089010 Count 2 - Robbery 1st - 85% w/ a TDD 12-18-2057 w/ Mandatory 7-24-2049 - 25 yrs

FECR089010 Count 3 - Ongoing Criminal Conduct - Criminal Network TDD 1-29-2048 - 25 yrs

*Ida County* - FECR007055 Count 1 - Robbery 1st-85% w/ a TDD 12-18-2057 w/ Mandatory 7-24-2049 - 25 yrs

In the last year Offender Dutcher has received major disciplinary reports for the following:

- Threats / Disobeying a Lawful Order / Verbal Abuse / Obstructive Disruptive
- Damage to Property / Tampering-Interfering with Locks, Security Items, Computers or Electronic Devices / Obstructive-Disruptive Conduct

The mission of the Iowa Department of Corrections is:
**Creating Opportunities for Safer Communities**

Office) 319-372-5432 – 2111 330th Avenue, Fort Madison, Iowa 52627 - (FAX) 319-376-4878
https://doc.iowa.gov/



DEFENDANT'S EXHIBIT

**B**



- Threats to Kill / Threats – Intimidation / Disobeying Lawful Order-Direction / Verbal Abuse / Obstructive-Disruptive Conduct
- Covered Cell Window – Security Camera / Disobeying Lawful Order – Direction / Obstructive – Disruptive Conduct
- Covered Cell Window / Obstructive – Disruptive
- Prevent Food Port Slider from Being Closed / Tampering-Interfering w/ Locks, Security Items, Computers or Electronic Devices
- Covering Door – Camera / Tampering – Interfering w/ Locks, Security Items, Computers, or Electronic Devices / Disobeying a Lawful Order – Direction / Obstructive – Disruptive Conduct.

Offender Dutcher was involved in the planning and murders of two staff at the Anamosa State Penitentiary and the hostage taking of another in an attempt to escape from the facility. Criminal charges are currently pending and a bench trial is scheduled in September of 2021.

Due the information above and to ensure the continued orderly running of any facility in the state, as well as the safety of the offender, it is our belief that it is the best option for the IDOC to transfer him to another state.

Sincerely,

Chris Tripp, Warden



#HammerTime    Fuck the Police



Exhibit 40

# Iowa Department of Corrections
## Threat Group Member
Dutcher, Michael Aaron
6037652



## Threat Group Information

| Faction | Sub-Faction | Level |
|---|---|---|
| Crip | Crip | C |

| Intelligence Officer | Identifying Region | Start Date |
|---|---|---|
| Cole Millard | ASP | 03/25/2017 |



| Approved Date | Approved By Staff |
|---|---|
| 03/29/2017 | Stacey Payne |

**Comments**
Intercepted kite.

Dutcher 6037652 admitted during my interview with him for DR 20191000491 that he and the dude in cell 50 (Curd 6478608) were CRIPS.

| Threat Group Identifiers | Identifying Region | Staff Identifying | Identified Date |
|---|---|---|---|
| Actions | ASP | Cole Millard | 03/25/2017 |
| Informant | ASP | Cole Millard | 03/25/2017 |
| Self-Admission | ISP | John Hawk | 01/22/2019 |

## Demographics

| Birth Date | Birth City | Birth State | U.S. Citizenship Status |
|---|---|---|---|
| 11/03/1992 | Sioux City | Iowa | U.S. Citizen |

| Social Security Number | FBI/UCN | DCI Number |
|---|---|---|
| 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 | 577702RC5 | 00803313 |

| Sex | Race | Ethnic Origin | Height | Weight | Hair Color | Eye Color (L, R) |
|---|---|---|---|---|---|---|
| Male | Black | Non-Hispanic | 74 | 205 | Black | Brown, Brown |

| Body Marking Type | Location | Gang Related | Description |
|---|---|---|---|
| Piercing | Ear-Left | No | 2X |
| Piercing | Ear-Right | No | |
| Scar | Chest | No | Has a large scar from a burn on his chest. WHEN 12 YEARS OLD |

| Other Names | Alias | Type |
|---|---|---|
| Dutcher, Behoo | Yes | Nickname |
| Dutcher, Koodakuz | Yes | Nickname |
| Dutcher, KoolWhip | Yes | Nickname |
| Dutcher, Mike | Yes | |

## Housing – (current only)

| Housing | Work Assignment |
|---|---|
| ISP, ISP, HU4SM, C108, B – MHO | |



## Supervision Status - (current or most recently closed)

| Supervision Status | Start Date | End Date | Reason for Change |
|---|---|---|---|
| Prison | 05/14/2015 | | |

| Supervision Modifier | Start Date | End Date |
|---|---|---|
| Temp Release To Court | 06/11/2021 | 06/11/2021 |

| Offender Work Unit | Start Date | End Date |
|---|---|---|
| Iowa State Penitentiary | 03/24/2021 | |

| Case Manager | Start Date | End Date |
|---|---|---|
| Lars Rude | 03/24/2021 | |

| Offender Specialty | Start Date | End Date |
|---|---|---|
| No Specialty Data Found. | | |

## Address and Employment Information - (current only)

| Address 1 | City | State | Zip Code | Start Date |
|---|---|---|---|---|
| No Address Information Found. | | | | |

| Job Status | Employer | Type of Work | Start Date |
|---|---|---|---|
| Unemployed | | | 06/18/2010 |

# Iowa Department of Corrections
## Personal History Data Sheet

## Offender Summary



| | |
|---|---|
| Offender Name: | Dutcher, Michael Aaron |
| Offender Number: | 6037652 |
| Commitment Date: | 05/14/2015 |
| Length of Sentence: | 50, 0, 0  (y,m,d) |
| TDD: | 05/13/2057 |
| MPD: | 07/24/2049 |
| Housing: | ISP, ISP, HU4SM, C108, B – Invest Seg |
| SVP Code: | AP |
| Custody Level: | Maximum Custody - 28 |
| Work Assignment: | |

Photo Date:     03/10/2020

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Male | SSN: | 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 |
| Race: | Black | Birth Date: | 11/03/1992 |
| Ethnic Origin: | Non-Hispanic | FBI/UCN: | 577702RC5 |
| Height: | 6' 2" | DCI Number: | 00803313 |
| Weight: | 218 lbs. | Marital Status: | Single |
| Hair Color: | Black | No. of Dependents: | 0 |
| Eye Color (L, R): | Brown, Brown | Religious Identifier: | |

## Record Alerts

| | | | |
|---|---|---|---|
| Detainers: | No | Sex Offender Reg: | No |
| Notifications: | Yes | DRC/MDT: | No |
| Victims: | Yes | Threat Groups: | Yes |
| Keep Separates: | Yes | Warrant/No Hold: | Yes |
| Escape History: | No | | |
| Emergency Contact: | Janet Apolonio   (Friend) | | C: 402-508-0319 |
| | 116 Levee Trail | | |
| | Dakota Dunes, South Dakota 57049 | | |

## Supervision Status - (Primary)                          Start Date

| | | |
|---|---|---|
| Supervision Status: | Prison | 05/14/2016 |
| Case Manager: | Rude, Lars | 03/24/2021 |
| Offender Work Unit: | Iowa State Penitentiary | 03/24/2021 |
| Supervision Modifier: | | |
| Offender Specialty: | | |

## Active Charge(s)

| | | | |
|---|---|---|---|
| Jurisdiction-Cause, Count, Status: | Woodbury-FECR089010 | 2 | A, MS, L |
| Enhanced Crime Code Desc: | -- | | |
| Enhanced Crime Code/Class/Type: | -- | | |
| Convicting Crime Code Desc: | ROBBERY 1ST DEGREE, 85% | | |
| Convicting Crime Code/Class/Type: | 711.2(2003)/B Felony/Violent - (Person) - Robbery | | |
| Corresponding NCIC Code: | 1299(1900) -- ROBERY FREE TEXT | | |
| Man Min Crime Code Desc: | 70% MANDATORY MINIMUM | | |



**Man Min Crime Code/Class/Type:** 902.12(1)(2003)/Felony - Enhancement to Original Penalty/Other - (Non-Person) - Other Criminal

| | | |
|---|---|---|
| Sequence No, Penalty Eff Date: | B3 | 05/14/2015 |
| Penalty Type, Modifier: | Prison | Imposed |
| Penalty Value, PB Credit, Credit: | 25, 0, 0 | 0 | 293 |
| Penalty Min Value, Min PB Credit, Min Credit: 25, 0, 0 | | 0 | 293 |
| Offense Date, TDD/SDD, MPD: | 05/15/2014 | 05/13/2057 (T) | 07/24/2049 |
| Sentencing Judge: | James Scott | |

---

**Jurisdiction-Cause, Count, Status:** Ida-FECR007055     1     A
**Enhanced Crime Code Desc:** --
**Enhanced Crime Code/Class/Type:** --
**Convicting Crime Code Desc:** ROBBERY 1ST DEGREE, 85%
**Convicting Crime Code/Class/Type:** 711.2(2003)/B Felony/Violent - (Person) - Robbery
**Corresponding NCIC Code:** 1299(1900) -- ROBERY FREE TEXT
**Man Min Crime Code Desc:** 70% MANDATORY MINIMUM
**Man Min Crime Code/Class/Type:** 902.12(1)(2003)/Felony - Enhancement to Original Penalty/Other - (Non-Person) - Other Criminal

| | | |
|---|---|---|
| Sequence No, Penalty Eff Date: | B5 | 11/03/2015 |
| Penalty Type, Modifier: | Prison | Imposed |
| Penalty Value, PB Credit, Credit: | 25, 0, 0 | 0 | 0 |
| Penalty Min Value, Min PB Credit, Min Credit: 25, 0, 0 | | 0 | 0 |
| Offense Date, TDD/SDD, MPD: | 07/24/2014 | 05/13/2057 (T) | 07/24/2049 |
| Sentencing Judge: | Patrick Tott | |

---

**Jurisdiction-Cause, Count, Status:** Woodbury-FECR088733     1     /     A
**Enhanced Crime Code Desc:** --
**Enhanced Crime Code/Class/Type:** --
**Convicting Crime Code Desc:** Proh Acts-Mfg, Del, Consp or Poss-Marij LT 50 kg
**Convicting Crime Code/Class/Type:** 124.401(1)(d)(2)(2001)/D Felony/Drug - (Non-Person) - Trafficking
**Corresponding NCIC Code:** 3599(1900) -- DANGEROUS DRUGS FREE TEXT
**Man Min Crime Code Desc:** No Mandatory Minimum Selected
**Man Min Crime Code/Class/Type:** --

| | | |
|---|---|---|
| Sequence No, Penalty Eff Date: | B1 | 05/14/2015 |
| Penalty Type, Modifier: | Prison | Imposed |
| Penalty Value, PB Credit, Credit: | 5, 0, 0 | 0 | Pre - 0  Post - 3 |
| Penalty Min Value, Min PB Credit, Min Credit: 0, 0, 0 | | 0 | Pre - 0  Post - 0 |
| Offense Date, TDD/SDD, MPD: | 04/27/2014 | 05/19/2038 (T) | -- |
| Sentencing Judge: | James Scott | |

---

**Jurisdiction-Cause, Count, Status:** Woodbury-FECR089010     1     A
**Enhanced Crime Code Desc:** --
**Enhanced Crime Code/Class/Type:** --
**Convicting Crime Code Desc:** ROBBERY 2ND DEGREE, 85%
**Convicting Crime Code/Class/Type:** 711.3(2003)/C Felony/Violent - (Person) - Robbery
**Corresponding NCIC Code:** 1299(1900) -- ROBERY FREE TEXT
**Man Min Crime Code Desc:** 70% MANDATORY MINIMUM
**Man Min Crime Code/Class/Type:** 902.12(1)(2003)/Felony - Enhancement to Original Penalty/Other - (Non-Person) - Other Criminal

| | | |
|---|---|---|
| Sequence No, Penalty Eff Date: | B2 | 05/14/2015 |
| Penalty Type, Modifier: | Prison | Imposed |
| Penalty Value, PB Credit, Credit: | 10, 0, 0 | 0 | 293 |
| Penalty Min Value, Min PB Credit, Min Credit: 10, 0, 0 | | 0 | 293 |
| Offense Date, TDD/SDD, MPD: | 05/15/2014 | 06/12/2044 (T) | 01/23/2039 |
| Sentencing Judge: | James Scott | |

---

| | | | |
|---|---|---|---|
| Jurisdiction-Cause, Count, Status: | Woodbury-FECR089010 | 3 | A |
| Enhanced Crime Code Desc: | — | | |
| Enhanced Crime Code/Class/Type: | — | | |
| Convicting Crime Code Desc: | Ongoing Criminal Conduct - Criminal Network | | |
| Convicting Crime Code/Class/Type: | 706A.2(2)(1993)/B Felony/Other - (Non-Person) - Other Criminal | | |
| Corresponding NCIC Code: | 1299(1900) — ROBERY FREE TEXT | | |
| Man Min Crime Code Desc: | No Mandatory Minimum Selected | | |
| Man Min Crime Code/Class/Type: | — | | |
| Sequence No, Penalty Eff Date: | B4 | 05/14/2015 | |
| Penalty Type, Modifier: | Prison | Imposed | |
| Penalty Value, PB Credit, Credit: | 25, 0, 0 | 0 | Pre - 0   Post - 293 |
| Penalty Min Value, Min PB Credit, Min Credit: | 0, 0, 0 | 0 | Pre - 0   Post - 0 |
| Offense Date, TDD/SDD, MPD: | 05/15/2014 | 08/24/2047 (T) | — |
| Sentencing Judge: | James Scott | | |

## Assessments/Needs

| Assessments | Score | Assessed Date |
|---|---|---|
| Custody Classification | Maximum Custody - 26 | 03/26/2021 |
| Jesness | P: I-4 NA | 05/20/2015 |

### Rank Order of Top Four Criminogenic Needs

| Need | Identified Date | End Date |
|---|---|---|
| No data found. | | |

## Intervention Programs

| Intervention Program | Eligible Date | Start Date | End Date | Closure Type |
|---|---|---|---|---|
| No data found. | | | | |

## Interventions

| Intervention | Eligible Date | Start Date | End Date | Closure Type |
|---|---|---|---|---|
| Reach One / Teach One | 06/03/2019 | 06/03/2019 | 06/07/2019 | Completed Requirements |
| Criminality | 07/24/2012 | 08/20/2012 | 11/16/2012 | Completed Requirements |
| Criminality | 03/06/2012 | 04/23/2012 | 07/06/2012 | Noncompliant/Behavioral Issues |
| Diversity | 02/28/2012 | 03/15/2012 | 03/15/2012 | Completed Requirements |
| Institution Orientation | 02/28/2012 | 03/15/2012 | 03/15/2012 | Completed Requirements |
| Reach One / Teach One | 05/07/2011 | 05/07/2011 | 05/18/2011 | Completed Requirements |
| GED | 09/15/2010 | 09/15/2010 | 09/27/2010 | Completed Requirements |
| Moral Reconation Therapy (MRT) | 06/04/2019 | | 03/10/2020 | Transferred to Different Location |
| Thinking For A Change | 11/08/2018 | | 11/13/2018 | Not Admitted |
| Cognitive Behavioral Interventions for Substance Abuse | 02/18/2016 | | 09/26/2016 | Inappropriate Referral |
| Relapse | 08/03/2015 | | 02/18/2016 | Referred to Alternative Interventions |
| Thinking For A Change | 08/03/2015 | | 02/18/2016 | Referred to Alternative Interventions |
| Corrective Thinking | 09/02/2011 | | 02/28/2012 | Transferred to Different Location |
| Life Skills - 12 Weeks | 09/02/2011 | | 02/28/2012 | Transferred to Different Location |
| Life Skills - ICCC - 2 Weeks | 05/10/2011 | | 09/01/2011 | Transferred to Different Location |
| Thinking For A Change | 05/10/2011 | | 09/01/2011 | Transferred to Different Location |
| ICCC-Intro to Business | 11/05/2010 | | 04/27/2011 | Transferred to Different Location |

## Interventions

| Intervention | Eligible Date | Start Date | End Date | Closure Type |
|---|---|---|---|---|
| Life Skills - 12 Weeks | 11/04/2010 | | 04/27/2011 | Transferred to Different Location |
| ICCC-Literature | 11/04/2010 | | 11/05/2010 | Case Manager Discretion |

## BOP

**IVVI:** Violence: 9 (High)  Victimization: 10 (High)

**BOP Decision Date:** 03/05/2013

**BOP Recall Date:** 09/24/2049

**BOP Effective Date:** 03/05/2013

**BOP Decision:** RD,F6 - Denied

**BOP Reasons:** G7 - Period free inst. reports

## Alias Names

| | |
|---|---|
| Behoo Dutcher | KoolWhip Dutcher |
| Koodakuz Dutcher | Mike Dutcher |

## Body Markings

| Type | Location | Description |
|---|---|---|
| Piercing | Ear-Left | 2X |
| Piercing | Ear-Right | |
| Scar | Chest | Has a large scar from a burn on his chest.  WHEN  12 YEARS  OLD |

# Time Computation Group Event History

**Offender Name:** Dutcher, Michael Aaron        **Offender Number:** 6037652B

**Housing:** ISP, ISP, HU4SM, C108, B

| | | |
|---|---|---|
| **Group Number:** 1 | **Calculate:** TDD Only | |
| **TDD:** 01/18/2026 | **MPD:** -- | **EDD:** 10/06/2026 |
| **Group Duration:** 15, 0, 0 (y,m,d) | **PB Credit:** 0 | **Credit:** 296 (J - 296) |
| **Minimum Duration:** -- | **Min PB Credit:** -- | **Min Credit:** -- |

| Seq No | Penalty Effective Date | Penalty Type | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Seq No / Penalty Effective Date / Penalty Type**
**Convicting Crime Code (Year) - Offense Description**
**Mandatory Minimum Crime Code (Year) - Offense Description**
— **Jurisdiction-Cause Number** —
**Cons/Conc / Method / Interrupt**
**Penalty Value / PB Credit / Total Credit**
**Penalty Min Value / Min PB Credit / Min Total Credit**

| Seq No | Penalty Effective Date | Penalty Type | Jurisdiction-Cause Number | Cons/Conc | Method | PB Credit | Total Credit | Interrupt |
|---|---|---|---|---|---|---|---|---|
| B1 | 05/14/2015 | Prison | Woodbury-FECR088733 | Cons | Type 4 | | | No |
| 124.401(1)(d)(2) (2001) -- Proh Acts-Mfg, Del, Consp or Poss-Marij LT 50 kg | | | | 5, 0, 0 | 0 | Pre - 0 Post - 3 | | |
| No Mandatory Minimum Selected | | | | 0, 0, 0 | 0 | Pre - 0 Post - 0 | | |
| B2 | 05/14/2015 | Prison | Woodbury-FECR089010 | Cons | Type 5 | | | Yes |
| 711.3 (2003) -- ROBBERY 2ND DEGREE, 85% | | | | 10, 0, 0 | 0 | 293 | | |
| 902.12(1) (2003) -- 70% MANDATORY MINIMUM | | | | 10, 0, 0 | 0 | 293 | | |

## ACCUMULATORS

| Effective Date | Event | Event Value | Earned Time Taken | TDD | MPD | EDD | Days Served | Earned Time Remaining | Earned Time Taken | Total Credit | Dead Time |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/14/2015 | ISENT | 1826.25 | 0 | 08/21/2017 | -- | 05/13/2020 | 0 | 0 | 0 | 0 | 0 |
| 05/14/2015 | ISENTCR | 3 | 0 | 08/18/2017 | -- | 05/08/2020 | 3 | 3.60 | 0 | 3 | 0 |
| 05/14/2015 | SINTS | -- | 0 | 08/18/2017 | -- | 05/06/2020 | 3 | 3.60 | 0 | 3 | 0 |

## ACCUMULATORS

| Effective Date | Event | Event Value | Good Time Taken | TDD | MPD | Days Served | Good Time Remaining | Good Time Taken | Total Credit | Dead Time |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/14/2015 | NINTSENT | 3652.50 | 0 | 02/15/2026 | -- | 3 | 3.60 | 0 | 3 | 0 |
| 05/14/2015 | NINTSENTCR | 293 | 0 | 04/29/2025 | -- | 296 | 55.30 | 0 | 296 | 0 |
| 11/13/2018 | DISC | 2 | 2 | 05/01/2025 | -- | 1575 | 279.01 | 2 | 296 | 0 |
| 02/08/2019 | DISC | 8 | 8 | 05/08/2025 | -- | 1662 | 286.36 | 10 | 296 | 0 |
| 02/27/2020 | DISC | 90 | 90 | 07/23/2025 | -- | 2046 | 264.12 | 100 | 296 | 0 |
| 08/01/2021 | DISC | 30 | 30 | 08/18/2025 | -- | 2508 | 315.30 | 130 | 296 | 0 |
| 06/15/2021 | DISC | 90 | 90 | 11/02/2025 | -- | 2520 | 227.77 | 220 | 296 | 0 |
| 06/15/2021 | DISC | 90 | 90 | 01/18/2026 | -- | 2520 | 137.77 | 310 | 296 | 0 |

Offender Name: Dutcher, Michael Aaron     Offender Number: 60378528     Group Number: 1

| Effective Date | Event | Event Value | Earned Time Taken | TDD | MPD | EDD | ACCUMULATORS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Days Served | Earned Time Remaining | Earned Time Taken | Total Credit | Dead Time |
| 10/14/2023 | SINTE | --|-- | 0|-- | 01/18/2026 | -- | 10/06/2028 | 3371|-- | 287.95|-- | 310|-- | 296|-- | 0|-- |

Offender Name: Dutcher, Michael Aaron     Offender Number: 6037652B     Group Number: 2

| Effective Date | Event | Event Value | Earned Time Taken | TDD | MPD | EDD | ACCUMULATORS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Days Served | Earned Time Remaining | Earned Time Taken | Total Credit | Dead Time |
| 07/14/2036 | SINTE | --|-- | 0|-- | 10/19/2036 | -- | 07/07/2041 | 8026|-- | 1109.77|-- | 310|-- | 296|-- | 0|-- |

# Time Computation Group Event History

Offender Name: Dutcher, Michael Aaron      Offender Number: 6037652B

Housing: ISP, ISP, HU4SM, C108, B

| Group Number: 3 | Calculate: TDD & MPD | |
|---|---|---|
| TDD: 07/29/2028 | MPD: -- | EDD: 02/14/2037 |
| Group Duration: 30, 0, 0 (y,m,d) | PB Credit: 0 | Credit: 296 (J - 296) |
| Minimum Duration: -- | Min PB Credit: -- | Min Credit: -- |

| Seq No Penalty Effective Date Penalty Type Convicting Crime Code (Year) - Offense Description Mandatory Minimum Crime Code (Year) - Offense Description | Jurisdiction-Cause Number | Cons/Conc Penalty Value Penalty Min Value | Method PB Credit Min PB Credit | Total Credit Min Total Credit | Interrupt |
|---|---|---|---|---|---|
| B1 05/14/2015 Prison 124.401(1)(d)(2) (2001) -- Proh Acts-Mfg, Del, Consp or Poss-Marij LT 50 kg No Mandatory Minimum Selected | Woodbury-FECR066733 | Cons 5, 0, 0 0, 0, 0 | Type 4 0 0 | Pre - 0  Post - 3 Pre - 0  Post - 0 | No |
| B4 05/14/2015 Prison 706A.2(2) (1993) -- Ongoing Criminal Conduct - Criminal Network No Mandatory Minimum Selected | Woodbury-FECR069010 | Cons 25, 0, 0 0, 0, 0 | Type 4 0 0 | Pre - 0  Post - 293 Pre - 0  Post - 0 | No |

### ACCUMULATORS

| Effective Date | Event | Event Value | Earned Time Taken | TDD | MPD | EDD | Days Served | Earned Time Remaining | Earned Time Taken | Total Credit | Dead Time |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/14/2015 | ISENT | 10957.50 -- | 0 -- | 12/31/2028 | -- | 05/13/2045 | 0 -- | 0 -- | 0 -- | 0 -- | 0 -- |
| 05/14/2015 | ISENTCR | 296 -- | 0 -- | 03/10/2028 | -- | 08/01/2043 | 296 -- | 355.20 -- | 0 -- | 296 -- | 0 -- |
| 11/13/2018 | DISC | 2 -- | 2 -- | 03/11/2028 | -- | 05/21/2039 | 1575 -- | 1888 -- | 2 -- | 296 -- | 0 -- |
| 02/08/2019 | DISC | 8 -- | 8 -- | 03/15/2028 | -- | 02/14/2039 | 1662 -- | 1984.40 -- | 10 -- | 296 -- | 0 -- |
| 02/27/2020 | DISC | 90 -- | 90 -- | 04/25/2028 | -- | 02/08/2038 | 2046 -- | 2355.20 -- | 100 -- | 296 -- | 0 -- |
| 06/01/2021 | DISC | 30 -- | 30 -- | 05/08/2028 | -- | 09/04/2036 | 2506 -- | 2877.20 -- | 130 -- | 296 -- | 0 -- |
| 06/15/2021 | DISC | 90 -- | 90 -- | 06/18/2028 | -- | 11/16/2036 | 2520 -- | 2804 -- | 220 -- | 296 -- | 0 -- |
| 06/15/2021 | DISC | 90 -- | 90 -- | 07/29/2028 | -- | 02/14/2037 | 2520 -- | 2714 -- | 310 -- | 296 -- | 0 -- |

# Time Computation Group Event History

**Offender Name:** Dutcher, Michael Aaron

**Offender Number:** 6037652B

**Housing:** ISP, ISP, HU4SM, C109, B

**Group Number:** 4    **Calculate:** TDD & MPD

**TDD:** 01/12/2045    **MPD:** 01/23/2039    **EDD:** ~

**Group Duration:** 35, 0, 0 (y,m,d)    **PB Credit:** 0    **Credit:** 293 (J - 293)

**Minimum Duration:** 35, 0, 0 (y,m,d)    **Min PB Credit:** 0    **Min Credit:** 293 (J - 293)

| Seq No / Convicting Crime Code (Year) - Offense Description / Mandatory Minimum Crime Code (Year) - Offense Description | Penalty Effective Date | Penalty Type | Jurisdiction-Cause Number | Cons/Conc / Penalty Value / Penalty Min Value | Method / PB Credit / Min PB Credit | Total Credit / Min Total Credit | Interrupt |
|---|---|---|---|---|---|---|---|
| B2 | 05/14/2015 | Prison | Woodbury-FECR089010 | Cons | Type 5 | | No |
| 711.3 (2003) -- ROBBERY 2ND DEGREE, 85% | | | | 10, 0, 0 | 0 | 293 | |
| 902.12(1) (2003) -- 70% MANDATORY MINIMUM | | | | 10, 0, 0 | 0 | 293 | |
| B5 | 11/03/2015 | Prison | Ida-FECR007055 | Cons | Type 5 | | No |
| 711.2 (2003) = ROBBERY 1ST DEGREE, 85% | | | | 25, 0, 0 | 0 | 0 | |
| 902.12(1) (2003) -- 70% MANDATORY MINIMUM | | | | 25, 0, 0 | 0 | 0 | |

## ACCUMULATORS

| Effective Date | Event | Event Value | Good Time Taken | TDD | MPD | Days Served | Good Time Remaining | Good Time Taken | Total Credit | Dead Time |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/14/2015 | ISENT | 3652.50\|3652.50 | 0\|0 | 11/12/2023 | 05/13/2022 | 0\|0 | 0\|0 | 0\|0 | 0\|0 | 0\|0 |
| 05/14/2015 | ISENTCR | 293\|293 | 0\|0 | 01/23/2023 | 07/24/2021 | 293\|293 | 51 70\|125.57 | 0\|0 | 293\|293 | 0\|0 |
| 11/03/2015 | NSENT | 9131.25\|9131.25 | 0\|0 | 04/24/2044 | 01/23/2039 | 466\|466 | 82.23\|199.71 | 0\|0 | 293\|293 | 0\|0 |
| 11/13/2018 | DISC | 2\|2 | 2\|0 | 04/25/2044 | 01/23/2039 | 1572\|1572 | 275.41\|673.71 | 2\|0 | 293\|293 | 0\|0 |
| 02/08/2019 | DISC | 8\|8 | 8\|0 | 05/02/2044 | 01/23/2039 | 1659\|1659 | 262.76\|710.99 | 10\|0 | 293\|293 | 0\|0 |
| 02/27/2020 | DISC | 90\|90 | 90\|0 | 07/18/2044 | 01/23/2039 | 2043\|2043 | 260.52\|875.57 | 100\|0 | 293\|293 | 0\|0 |
| 06/01/2021 | DISC | 30\|30 | 30\|0 | 08/12/2044 | 01/23/2039 | 2503\|2503 | 311 70\|1072 71 | 130\|0 | 293\|293 | 0\|0 |
| 06/15/2021 | DISC | 90\|90 | 90\|0 | 10/28/2044 | 01/23/2039 | 2517\|2517 | 224.17\|1078 71 | 220\|0 | 293\|293 | 0\|0 |
| 06/15/2021 | DISC | 90\|90 | 90\|0 | 01/12/2045 | 01/23/2039 | 2517\|2517 | 134 17\|1078 71 | 310\|0 | 293\|293 | 0\|0 |

# Time Computation Group Event History

**Offender Name:** Dutcher, Michael Aaron                    **Offender Number:** 6037652B

**Housing:** ISP, ISP, HU4SM, C108, B

**Group Number:** 5                    **Calculate:** TDD & MPD

**TDD:** 10/13/2057                    **MPD:** 07/24/2049                    **EDD:** --

**Group Duration:** 50, 0, 0 (y,m,d)    **PB Credit:** 0                    **Credit:** 293 (J - 293)

**Minimum Duration:** 50, 0, 0 (y,m,d)    **Min PB Credit:** 0              **Min Credit:** 293 (J - 293)

| Seq No Penalty Effective Date Penalty Type | Jurisdiction-Cause Number | Cons/Cone | Method | | Interrupt |
|---|---|---|---|---|---|
| Convicting Crime Code (Year) - Offense Description | | Penalty Value | PB Credit | Total Credit | |
| Mandatory Minimum Crime Code (Year) - Offense Description | | Penalty Min Value | Min PB Credit | Min Total Credit | |
| B3    05/14/2015    Prison | Woodbury-FECR089010 | Cons | Type 5 | | No |
| 711.2 (2003) -- ROBBERY 1ST DEGREE, 85% | | 25, 0, 0 | 0 | 293 | |
| 902.12(1) (2003) -- 70% MANDATORY MINIMUM | | 25, 0, 0 | 0 | 293 | |
| B5    11/03/2015    Prison | Ida-FECR007055 | Cons | Type 5 | | No |
| 711.2 (2003) -- ROBBERY 1ST DEGREE, 85% | | 25, 0, 0 | 0 | 0 | |
| 902.12(1) (2003) -- 70% MANDATORY MINIMUM | | 25, 0, 0 | 0 | 0 | |

| | | | | | | ACCUMULATORS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Effective Date | Event | Event Value | Good Time Taken | TDD | MPD | Days Served | Good Time Remaining | Good Time Taken | Total Credit | Dead Time |
| 05/14/2015 | ISENT | 9131.25\|9131.25 | 0\|0 | 08/12/2035 | 11/11/2032 | 0\|0 | 0\|0 | 0\|0 | 0\|0 | 0\|0 |
| 05/14/2015 | ISENTCR | 293\|293 | 0\|0 | 10/24/2035 | 01/23/2032 | 293\|293 | 51.70\|125 57 | 0\|0 | 293\|293 | 0\|0 |
| 11/03/2015 | NSENT | 9131.25\|9131.25 | 0\|0 | 01/23/2057 | 07/24/2049 | 466\|466 | 82.23\|199 71 | 0\|0 | 293\|293 | 0\|0 |
| 11/13/2018 | DISC | 2\|2 | 2\|0 | 01/24/2057 | 07/24/2049 | 1572\|1572 | 275.41\|673.71 | 2\|0 | 293\|293 | 0\|0 |
| 02/08/2019 | DISC | 8\|8 | 8\|0 | 01/31/2057 | 07/24/2049 | 1659\|1659 | 282.76\|710.99 | 10\|0 | 293\|293 | 0\|0 |
| 02/27/2020 | DISC | 90\|90 | 90\|0 | 04/18/2057 | 07/24/2049 | 2043\|2043 | 260 52\|875 57 | 100\|0 | 293\|293 | 0\|0 |
| 06/01/2021 | DISC | 30\|30 | 30\|0 | 05/13/2057 | 07/24/2049 | 2503\|2503 | 311.70\|1072.71 | 130\|0 | 293\|293 | 0\|0 |
| 06/15/2021 | DISC | 90\|90 | 90\|0 | 07/29/2057 | 07/24/2049 | 2517\|2517 | 224.17\|1078.71 | 220\|0 | 293\|293 | 0\|0 |
| 06/15/2021 | DISC | 90\|90 | 90\|0 | 10/13/2057 | 07/24/2049 | 2517\|2517 | 134.17\|1078.71 | 310\|0 | 293\|293 | 0\|0 |

# Time Computation Group Event History

**Offender Name:** Dutcher, Michael Aaron

**Offender Number:** 6037652B

**Housing:** ISP, ISP, HU4SM, C108, B

**Group Number:** 6     **Calculate:** TDD Only

**TDD:** 11/24/2047     **MPD:** —     **EDD:** 01/02/2060

**Group Duration:** 50, 0, 0 (y,m,d)     **PB Credit:** 0     **Credit:** 293 (J - 293)

**Minimum Duration:** —     **Min PB Credit:** —     **Min Credit:** —

| Seq No / Convicting Crime Code (Year) - Offense Description / Mandatory Minimum Crime Code (Year) - Offense Description | Penalty Effective Date | Penalty Type | Jurisdiction-Cause Number | Cons/Conc / Penalty Value / Penalty Min Value | Method / PB Credit / Min PB Credit | Total Credit / Min Total Credit | Interrupt |
|---|---|---|---|---|---|---|---|
| B4 | 05/14/2015 | Prison | Woodbury-FECR089010 | Cons | Type 4 | | No |
| 708A.2(2) (1993) — Ongoing Criminal Conduct - Criminal Network | | | | 25, 0, 0 | 0 | Pre - 0  Post - 293 | |
| No Mandatory Minimum Selected | | | | 0, 0, 0 | 0 | Pre - 0  Post - 0 | |
| B5 | 11/03/2015 | Prison | Ida-FECR007055 | Cons | Type 5 | | Yes |
| 711.2 (2003) — ROBBERY 1ST DEGREE, 85% | | | | 25, 0, 0 | 0 | 0 | |
| 902.12(1) (2003) — 70% MANDATORY MINIMUM | | | | 25, 0, 0 | 0 | 0 | |

### ACCUMULATORS

| Effective Date | Event | Event Value | Earned Time Taken | TDD | MPD | EDD | Days Served | Earned Time Remaining | Earned Time Taken | Total Credit | Dead Time |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/14/2015 | ISENT | 9131.25 |— | 0 |— | 09/23/2026 | — | 05/13/2040 | 0 |— | 0 |— | 0 |— | 0 |— |
| 05/14/2015 | ISENTCR | 293 |— | 0 |— | 12/04/2025 | — | 08/07/2038 | 293 |— | 351.60 |— | 0 |— | 293 |— | 0 |— |
| 11/03/2015 | SINTS | — |— | 0 |— | 12/04/2025 | — | 01/12/2038 | 466 |— | 559.20 |— | 0 |— | 293 |— | 0 |— |

### ACCUMULATORS

| Effective Date | Event | Event Value | Good Time Taken | TDD | MPD | Days Served | Good Time Remaining | Good Time Taken | Total Credit | Dead Time |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/03/2015 | NINTSENT | 9131.25 |— | 0 |— | 03/06/2047 | — | 466 |— | 559.20 |— | 0 |— | 293 |— | 0 |— |
| 11/13/2018 | DISC | 2 |— | 2 |— | 03/07/2047 | — | 1572 |— | 752.37 |— | 2 |— | 293 |— | 0 |— |
| 02/08/2019 | DISC | 8 |— | 8 |— | 03/14/2047 | — | 1659 |— | 759.72 |— | 10 |— | 293 |— | 0 |— |
| 02/27/2020 | DISC | 90 |— | 90 |— | 05/30/2047 | — | 2043 |— | 737.49 |— | 100 |— | 293 |— | 0 |— |
| 06/01/2021 | DISC | 30 |— | 30 |— | 06/24/2047 | — | 2503 |— | 788.67 |— | 130 |— | 293 |— | 0 |— |
| 06/15/2021 | DISC | 90 |— | 90 |— | 09/09/2047 | — | 2517 |— | 701.14 |— | 220 |— | 293 |— | 0 |— |
| 06/15/2021 | DISC | 90 |— | 90 |— | 11/24/2047 | — | 2517 |— | 611.14 |— | 310 |— | 293 |— | 0 |— |

| Effective Date | Event | Event Value | Earned Time Taken | TDD | MPD | EDD | ACCUMULATORS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Days Served | Earned Time Remaining | Earned Time Taken | Total Credit | Dead Time |
| 10/23/2037 | SINTE | --|-- | 0|-- | 11/24/2047 | -- | 01/02/2060 | 8491|-- | 1665.37|-- | 310|-- | 293|-- | 0|-- |



# Department of Corrections
## Health Services
### Patient Exit Status

**Patient Name:** Dutcher, Michael Aaron
**Patient:** 6037652
**Date:** 7/8/2021

This information is confidential medical information and it must be appropriately safeguarded.

**Where to:** IDOC Compact          **Date:** 07/08/2021
Health Problems

| Health Problem | Status |
| --- | --- |
| Traumatic Injury | Current |
| Heartburn | Current |
| Folliculitis | Current |
| Health exam, routine adult | Current |
| Personality disorder | Current |
| Mood Disorder | Remission |
| Respiratory distress syndrome, acute | Remission |
| Acute Postprocedural Pain | Resolved |
| Caries | Resolved |
| Teeth, impacted | Resolved |
| Neck, Localized swelling, mass and lump | Resolved |
| Otitis externa | Resolved |
| PPD+ | Resolved |
| Abnormal Lab findings, unspecified | Resolved |
| Psychosis, unspecified | Resolved |
| Otitis media | Resolved |
| Self-harm, intentional | Resolved |
| Contusion | Resolved |
| Unspecified disruptive, impulse-control, and conduct disorder | Resolved |
| Pain testis | Resolved |
| Upper extremity injury | Resolved |
| Headache | Resolved |
| HEALTH EXAM | Resolved |
| 3rd degree burns | Resolved |
| Otitis media | Resolved |
| COVID-19 Virus Identified | Recovered |

## Medication

Prazosin 2mg capsule --- 2 MG ( 1 x 2MG Cap(s) ) PO at HS ---: 01/04/2022
White Petrolatum Ointment --- apply to lips daily PRN ---: 01/03/2022
Olanzapine 5mg tablet --- 5 MG (1 x 5MG) po qHS ---: 12/15/2021

## Pending Appointments: No Pending UIHC or Psychiatric Appointments

**Last Physical Date:** 06/24/2020          **Last Tetanus Date:** 2013