**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

MICHAEL DUTCHER,                         )
                                         )
            Plaintiff,                   )
                                         )
    vs.                                  )        Case No. 4:24-cv-01257-MTS
                                         )
TREVOR FOLEY, *et al.*,                  )
                                         )
            Defendants.                  )

## **ORDER**

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Request for Forms, Doc. [72], is **DENIED**.  The Court is under no duty to provide a plaintiff in a civil action with free copies of publicly available forms and documents.  *See United States v. Carpenter*, 271 F. App'x 371, 372 (4th Cir. 2008) (per curiam) (affirming denial of "motion for free copies"); *Reichert v. Barlow*, 1:24-cv-2912-RTG, 2024 WL 7014650, at *6 (D. Colo. Dec. 18, 2024) ("[T]he Court is not required to provide litigants with copies of documents filed in a case."); *Brown v. Wetzel*, 2:20-cv-0512-MPK, 2021 WL 3042611, at *1 (W.D. Pa. July 19, 2021) (similar); *Thomas v. Brown*, 3:20-cv-1258-SRC, 2020 WL 3420941, at *1 (N.D. Tex. June 22, 2020) (similar).  What is more, Plaintiff here is statutorily ineligible to proceed *in forma pauperis*; therefore, he must litigate this action at his own expense.  *See* 28 U.S.C. § 1915(g).

    Dated this 2nd day of June 2026.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE